# UNITED STATES DISTRICT COURT

for the

Northern District of IOWA

_________ Division

Case No. 19-cv-60-CJW-KEM
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

Sarah Courtney Center

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Judge Casey Jones
Magistrate Jon Hammond
Chief Judge Patrick Grady

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Linn County District Court
Marion, IA Police Department
Officer Nicole Hotz
Darrah's Towing

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Sarah Courtney Center |
| Address* | 209 Park Ct. SE (Mission of Hope Women's Shelter) |
| | Cedar Rapids, IA 52403 (City, State, Zip Code) |
| County | Linn |
| Telephone Number | |
| E-Mail Address | scenter01@hotmail.com |

Backup address: John Center 4612 Sandy Knoll Dr. Coppell, TX 75019

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Judge Casey Jones |
| Job or Title *(if known)* | District Associate Judge of Linn Cty District Ct. |
| Address | 51 3rd Avenue Bridge |
| | Cedar Rapids, IA 52401 (City, State, Zip Code) |
| County | LINN |
| Telephone Number | 319-398-3920 |
| E-Mail Address *(if known)* | |

☑ Individual capacity ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Magistrate John Hammond |
| Job or Title *(if known)* | Judge - Linn Cty District Ct. |
| Address | 51 3rd Ave. Bridge |
| | Cedar Rapids, IA 52401 (City, State, Zip Code) |
| County | LINN |
| Telephone Number | 319-398-3920 |
| E-Mail Address *(if known)* | |

☑ Individual capacity ☑ Official capacity

Defendant No. 3

Name: Darrah's Towing

Job or Title *(if known)*:

Address: 1094 Robins Rd

Hiawatha | IA | 52233
City | State | Zip Code

County: Linn

Telephone Number: 319-363-7900

E-Mail Address *(if known)*:

☑ Individual capacity ☑ Official capacity
owner Carmela Darrah

Defendant No. 4

Name: Marion, IA Police Department/Nicole Hotz, Brian Fink

Job or Title *(if known)*: Police Officers

Address: 6315 Hwy 151

Cedar Rapids | IA | 52302
City | State | Zip Code

County: LNN

Telephone Number: 319-377-1511

E-Mail Address *(if known)*:

☑ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th Amendment } U.S. Constitution (The Americans with Disabilities Act
8th Amendment } 35.134, 35.170)
42 US Code 1983
18 US Code 241, 18 US Code 245, 18 US Code 249

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

It's against the Americans with Disabilities Act ~~to exhibit~~ brutal treatment toward me because I'm deaf. It's unlawful; also false arrest & ~~[illegible]~~ using for the police to use



intimidation, interference, harassment, coercion, threats are unlawful under 35.134. Also, under 35.170 – the state doesn't have any jurisdiction if the state violated the ADA. The state sued me.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. I filed an appeal to Judge Jon Hammond's ruling that I had to pay the fines & lose my car.

Judge Casey Jones completely ignored my statement that Officer Nicole Hotz COMMITTED PERJURY AT BOTH COURT HEARINGS (28 Feb & 22 April 2019).

Both judges ignored ~~the fact that I'm deaf & this is a hate crime~~ committed not only by Officer Nicole Hotz but also by Hammond & Jones. The judges & all police officers are supposed to uphold 18 US code 241, they didn't.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*** 4th Amendment & 8th Amendment

They towed my car

A. Where did the events giving rise to your claim(s) occur?

21 Dec. 2018: Hotz violated 18 US code 245 - federally protected activities (library ~~at~~ Marion, IA) (Look up 18 US code 245 @ FBI)

Hotz, Fink & one other policeman used intimidation, threats, & potential use of a taser gun.

Judge Jon Hammond & Judge Casey Jones ignored my warnings that Officer Hotz lied before the court at two court hearings.

B. What date and approximate time did the events giving rise to your claim(s) occur?

21 Dec 2018: Hotz, et al: intimidation, threats, coercion, threats to use taser gun & coercion. 18 US code 245 - violation

28 Feb 2019 }
22 April 2019 } Hotz committed perjury.

22 April 2019 - Hammond refused to listen to me & forced me to pay the fines.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The judges ignored my witnessing the ~~[illegible]~~ police officers' brutality & Hotz's perjury.

29 April 2019 – 28 May 2019 - Appealed Jon Hammond's ruling

Judge Casey Jones ignored evidence I presented ~~at~~ for my ~~[illegible]~~ appeal.

1) Hotz claimed she received a phone call about me at the Marion, IA library on 21 Dec. 2018.

She lied at both court hearings. She said she drove by & saw my tags

2) She claimed she looked everywhere at the library — She lied. I was at the library lobby at 4:30–4:50 PM. She said ... approached my car



Case 1:19-cv-00060-CJW-KEM Document 3 Filed 06/04/19 Page 4 of 6

3) She claimed I don't have a Driver's License. She lied. I do. It's valid.

4) She claimed that "someone told her I need my driver's license to get to shelters & food pantry." She lied. I SAID THAT. She completely didn't acknowledge that I said that to her. I begged her for 15 min. to give me my DL back.



## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The Judge Casey Jones completely ignored my testimony about Hotz's perjury, He denied my appeal. I'm forced to pay the citations I can't afford to pay.

* He ignored the fact that my mother is seriously ill & is at a hospice in Texas. I asked him to drop all charges & to have towing fees dropped so that I could get my car back & go back to Texas to see my mother.

I want all charges dropped & that I don't have to pay anything.

I want to keep my driver's license & that no one - not any law enforcement officers & the court - remove the valid status of my DL.

I want all towing fees dropped.

I want my car & car keys back asap from Darrah's Towing.

If I lose my car & my driver's license, I will die out in the streets.



Case 1:19-cv-00060-CJW-KEM Document 3 Filed 06/04/19 Page 5 of 6

I need to find long-term womens shelter out of state (6mos - 2yrs).
I need time to find jobs to get back on my feet.
In the meantime, I realey want to see my mother before it's too late.



## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 29 May 2019

Signature of Plaintiff: Sarah Courtney Center

Printed Name of Plaintiff: Sarah Courtney Center

### B. For Attorneys

Date of signing: ____________

Signature of Attorney: ____________

Printed Name of Attorney: ____________

Bar Number: ____________

Name of Law Firm: ____________

Address: ____________

City ____________ State ____________ Zip Code ____________

Telephone Number: ____________

E-mail Address: ____________